**Order entered January 28, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00935-CV

**KYLE IRVING AHART, Appellant**

**V.**

**RANDALL NOE FORD LLP, Appellee**

**On Appeal from the 86th Judicial District Court**
**Kaufman County, Texas**
**Trial Court Cause No. 99344-86**

## ORDER

Before the Court is appellant's January 22, 2019 second motion for an extension of time to file his brief. The motion was filed in response to our December 14, 2018 letter informing appellant his brief was deficient and directing him to file, within ten days, a corrected brief that complies with Texas Rules of Appellate Procedure 9.4, 9.5, and 38.1. *See* TEX. R. APP. P. 9.4, 9.5, 38.1. Apparently misconstruing our letter, however, appellant's motion seeks an extension with respect to a brief tendered to the Court November 20, 2018. That brief was filed December 5, 2018, after appellant's first extension motion was granted. Accordingly, appellant's motion is **DENIED AS MOOT**.

On our own motion, we **EXTEND** the deadline for filing the *corrected* brief and **ORDER** the brief be filed no later than February 8, 2019.  Appellee may file any amended brief within fifteen days of the filing of appellant's corrected brief.

We caution appellant that failure to file a corrected brief may result in dismissal of the appeal without further notice.  *See* TEX. R. APP. P. 38.8(a)(1), 42.3(b),(c).


/s/     BILL WHITEHILL
             JUSTICE